Opinion filed November 7, 2013



### In The

# Eleventh Court of Appeals

_____

## No. 11-13-00014-CV

_____

## LONE STAR TRANSMISSION, LLC, Appellant

## V.

## WILKS RANCH TEXAS, LTD., Appellee

**On Appeal from the 91st District Court**

**Eastland County, Texas**

**Trial Court Cause No. CV1242569**

### M E M O R A N D U M   O P I N I O N

The parties to this appeal, Lone Star Transmission, LLC and Wilks Ranch Texas, Ltd., have filed in this court a joint motion to set aside the trial court's judgment pursuant to settlement under TEX. R. APP. P. 42.1(a)(2)(B). In the motion, the parties state that they "have now reached a comprehensive settlement of their disputes." The parties request that this court "set aside the Final Judgment

without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement."

Therefore, in accordance with the parties' request, the trial court's judgment is set aside, and this case is remanded to the trial court for further proceedings in accordance with the parties' settlement agreement.

The joint motion is granted, and the appeal is dismissed.

PER CURIAM

November 7, 2013

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.